ROBERT D. JOHNSTON, as Surviving Partner, etc., Respondent, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

CLARENCE N. PEACOCK and Another, Respondents, Impleaded with Another, v. TATA SONS, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, Individually and as Trustee under Two Certain Deeds Executed by ETHEL DALTON SWIFT, etc., Respondent, v. ETHEL DALTON SWIFT, Appellant, Impleaded with STELLA DALTON DODGE, Respondent, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

HELEN JAMES, Appellant, v. ROBERT LONG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ANTON PEPPEL, Respondent, v. JOHN SCHAG and Others, Appellants.—Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THOMAS H. LAWRENCE, Appellant, v. LOUIS CASAZZA and Another, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

HENRY S. ROCHELLE, Appellant, v. LOUIS BERLOWITZ, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MAY MYRTLE PALL, Appellant, v. JAMES C. PALL, Respondent.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

NATHAN STRAUSS, INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

HERMAN SOLNICKI, Respondent, v. GERHARD & HEY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE CITY OF NEW YORK, Appellant, v. EMMA M. H. WRIGHT and Another, Respondents, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Burr, J., dissenting.

BEULAH F. WOOD, Appellant, v. GILBERT C. WOOD, Respondent.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

CARLOS DEL CASTILLO and Others, Copartners, etc., Respondents, v. FRANK P. KRUGER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.